152 So.2d 565

**CREOLE EXPLORATIONS, Inc.**

**v.**

**UNDERWRITERS AT LLOYD'S LONDON et al.**

**No. 46759.**

May 14, 1963.

Court of Appeal, Fourth Circuit. 151 So.2d 382.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.